EJ-190

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:    TEL NO.:<br>[XX] Recording requested by and return to:    714-424-6300<br>Lance A. Brewer, Esq.    Bar No.: 125759<br>Brewer & Brewer<br>4533 MacArthur Blvd., Suite 707<br>Newport Beach, CA 92660<br><br>[XX] ATTORNEY FOR    [ ] JUDGMENT CREDITOR    [XX] ASSIGNEE OF RECORD | |

NAME OF COURT: United States Bankruptcy Court
STREET ADDRESS: 411 West Fourth St.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4593
BRANCH NAME: Central District, Santa Ana Division

FOR RECORDER'S USE ONLY

CASE NUMBER:
**SA91-36524 JR**
Adv.# SA91-3811 JR  TA

PLAINTIFF: Michigan National Bank
A National Association
DEFENDANT: Milton J.W. Ghim ;
Lynda S.K. Ghim

FOR COURT USE ONLY

## APPLICATION FOR AND RENEWAL OF JUDGMENT

**FILED**
**MAY 25 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

[ ] Judgment creditor
[XX] Assignee of record
    applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
                      The Cadle Company
    C/O Brewer & Brewer
    4533 MacArthur Blvd. #707, Newport Beach, CA 92660

2. Judgment debtor *(name and last known address)*:
    Milton J.W. Ghim             Lynda S.K. Ghim
    P.O. Box 20036               20939 Stanmoor Terrace
    3040 Kishner Drive, #108
    Las Vegas, NV 89109-         Sterling, VA 20165-7214

3. Original judgment
   a. Case number *(specify)*: SA91-36524 JR    ; Adv.# SA91-3811 JR
   b. Entered on *(date)*: 01/09/92
   c. Recorded:
      (1) Date: 12/7/01
      (2) County: Orange
      (3) Instrument No.: 20010893631

4. [XX] Judgment previously renewed *(specify each case number and date)*:
        SA91-36524 JR; Adv.# SA91-3811 JR       07/30/2001

5. [XX] Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment .................... $ | 52,196.82 |
| b. | Costs after judgment .............. $ | 0.00 |
| c. | Subtotal *(add a and b)* .......... $ | 52,196.82 |
| d. | Credits after judgment ............ $ | 0.00 |
| e. | Subtotal *(subtract d from c)* .... $ | 52,196.82 |
| f. | Interest after judgment ........... $ | 42,241.20 |
| g. | Fee for filing renewal application  $ | 0.00 |
| h. | **Total renewed judgment** *(add e, f, and g)* . $ | 94,438.02 |

   i. [ ] The amounts called for in items a – h are different for each debtor.
        These amounts are stated for each debtor on Attachment 5.

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2002]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140
98004011

| SHORT TITLE: MICHIGAN NATIONAL vs. Ghim | CASE NUMBER: SA91036524 JR; Adv. SA91-3811 JR |
|---|---|

6. ☐ Renewal of judgment for ☐ possession. ☐ sale.

    a. ☐ If judgment was not previously renewed, terms of judgment as entered:

    b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/23/11

Lance A. Brewer, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

EJ-190 [Rev. January 1, 2002]  **APPLICATION FOR AND RENEWAL OF JUDGMENT**  Page 2 of 2

98004011